STEVEN J. ALPERS, SBN 75683
ATTORNEY AT LAW
39159 PASEO PADRE PARKWAY, SUITE 220
FREMONT, CA 94538
(510)792-5110

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY V. BREUNINGER<br>  Plaintiff, | NO. C05-02426 |
| vs. | |
| JOHN MAX ROBERTSON, SR.,<br>THE CITY OF UNION CITY, UNION CITY<br>POLICE DEPARTMENT, OFFICERS VANCE,<br>MOLLER, LEONORA DOE, AND DOE<br>GELDERMAN AND DOES 1 THROUGH 10,<br>INCLUSIVE,<br>  Defendants. | **STIPULATION TO<br>DISMISS AND ORDER** |

IT IS HEREBY STIPULATED, by and between the parties, that the action shall be dismissed with prejudice. Each party shall bear their own attorney fees and costs.

Dated: 7/26/05                              Dated: 7/26/05


\s\                                         \s\
STEVEN J. ALPERS                            TRICIA L. STUART
ATTORNEY FOR PLAINTIFFS                     ATTORNEY FOR DEFENDANTS


GOOD CAUSE SHOWING from the above stipulation

IT IS SO ORDERED

August 8, 2005
                                            _____
                                            JUDGE OF THE [APPROVED - Judge Charles R. Breyer]